IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM JAY CROW,<br><br>Defendant. | CR 22–64–BLG–DLC<br><br><br><br>ORDER |

Before the Court is United States' Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 22.) Defendant William Jay Crow has been adjudged guilty of prohibited person in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1), as charged in Count I of the Indictment. (Doc. 23.) As such, there is a factual basis and cause to issue an order of forfeiture, pursuant to 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED the motion (Doc. 22) is GRANTED.

IT IS FURTHER ORDERED that Crow's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

- Glock, Model 22, .40 caliber, semi-automatic pistol (SN: YV068US); and
- Fifteen (15) rounds of assorted .40 Special caliber ammunition.

IT IS FURTHER ORDERED that the Bureau of Alcohol, Tobacco, Firearms, and Explosives is directed to seize the property subject to forfeiture and

further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General of the United States may direct, pursuant to 18 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture pursuant to 18 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(c)(2), in which all interests will be addressed.

DATED this 21st day of September, 2022.

_____
Dana L. Christensen, District Judge
United States District Court