IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22–64–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| WILLIAM JAY CROW, | |
| Defendant. | |

Before the Court is the United States' motion for final order of forfeiture. (Doc. 26.) Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d).

2. A Preliminary Order of Forfeiture was entered on September 21, 2022. (Doc. 24.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 18 U.S.C.§ 982(b)(1) and 21 U.S.C. § 853(n)(1).  (Doc. 25.)

4. It appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d).

It is therefore ORDERED, DECREED AND ADJUDGED that:

1. The motion for final order of forfeiture (Doc. 26) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- Glock, Model 22, .40 caliber, semi-automatic pistol (SN:YV068US); and
- Fifteen (15) rounds of assorted .40 Special caliber ammunition.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 3rd day of January, 2023.

_____
Dana L. Christensen, District Judge
United States District Court